

# NUMBER 13-20-00572-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN RE TEXAS TRANSEASTERN, INC.

## On Petition for Writ of Mandamus.

# ORDER

### Before Justices Benavides, Longoria, and Tijerina
### Order Per Curiam

On December 29, 2020, relator Texas TransEastern, Inc. (TransEastern), filed a petition for writ of mandamus seeking to compel the trial court to vacate its order allowing the apex deposition of TransEastern's president, J.J. Isbell, or alternatively, to issue an order strictly limiting the deposition to specified topics.

The Court, having examined and fully considered the petition for writ of mandamus, is of the opinion that the order allowing the deposition should be STAYED pending further order of this Court. *See* TEX. R. APP. P. 52.10. The Court requests that the real parties in interest, Leslie Self, individually and as personal representative of the estate of Brandon

Self; Tyshanne Carroll, individually and as the representative of the estate of Taryn Brooks; and Andrew Self, as personal representative of the estate of Grace Nanette Deviney, and Andrew Self and Brian Self, intervenors; or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See id.* R. 52.2, 52.4, 52.8.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
4th day of January, 2021.